UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Carol Adams

Case No.: 18-31251/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __January 22, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
227 North Avenue
Blue Anchor, NJ
FMV - $437,727.00

Liens on property:
Specialized Loan - $961,409.15

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Carol Adams

Case No.: 18-31251/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

JOSEPH D. MARCHAND, TRUSTEE in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 22, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Timeshare:
Eldarado Resorts Timeshare
Las Vegas, NV
FMV - $14,000.00

Liens on property: Eldarado - $23,702.34

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-31251-ABA
Carol W Adams                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                 Page 1 of 1           Date Rcvd: Dec 19, 2018
                               Form ID: pdf905             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
```
db             +Carol W Adams,    14 Wilson Avenue,    Blackwood, NJ 08012-5305
517834845      +ACURA TURNERSVILLE,    3400 ROUTE 42,    Blackwood NJ 08012-1775
517834846       CHASE SLATE,    CARD SERVICES,    PO BOX 15123,    Wilmington DE 19850-5123
517834848      +Craig S Reynolds,    227 North Avenue,    Blue Anchor NJ 08037-9549
517834853       PAYPAL CREDIT,    PO BOX 71202,    Charlotte NC 28272-1202
517834854       ROB SALTZMAN, ESQUIRE,    PLUESE BECKER & SALTZMAN LLC,    20000 HORIZON WAY, STE 900,
                 Mount Laurel NJ 08054-4318
517834855      +SOLOMON CROSS LAW FIRM,    321 MONTGOMERY ROAD,    Altamonte Springs FL 32714-3121
517834856       SPECIALIZED LOAN SERVICING LLC,    PO BOX 636005,    Littleton CO 80163-6005
517834857       STATE OF NEW JERSEY,    DIVISION OF TAXATION,    BANKRUPTCY UNIT,    PO BOX 245,
                 Trenton NJ 08646-0246
517834858       USAA SAVINGS BANK,    10750 McDERMOTT FWY,    San Antonio TX 78288-0570
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2018 00:23:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2018 00:23:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517834850       E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:32:13      HOME DEPOT,    PO BOX 630268,
                 Irving TX 75063
517834847       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 20 2018 00:23:41      COLDWATER CREEK,
                 PO BOX 659450,    San Antonio TX 78265-9450
517834851       E-mail/Text: cio.bncmail@irs.gov Dec 20 2018 00:23:17      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
517834852       E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2018 00:23:04       KOHL'S,   PO BOX 2983,
                 MILWAUKEE WI 53201-2983
517838116      +E-mail/PDF: gecsedi@recoverycorp.com Dec 20 2018 00:32:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517836263       Aaron Abate,   No Address Provided
517834849     ##+ELDARADO RESORTS,    2700 162ND STREET,    STE 300,    Lynnwood WA 98087-3200
                                                                                TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:
```
              Andrew Sklar    on behalf of Debtor Carol W Adams andy@sklarlaw.com, dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
               2006-FF11 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series
               2006-FF11 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```